McARTER v. BUSSE et al.

Court of Appeals of Kentucky.

June 13, 1952.

Vincent Reuscher, Reuscher & Reuscher, Newport, for appellant.

James A. Culbertson and Pogue, Helmbolz, Culbertson & French, Cincinnati, Ohio, for appellees.

PER CURIAM.

Motion for an appeal by Edgar McArter from a judgment of the Campbell Circuit Court sustaining an award of the Workmen's Compensation Board which allowed McArter compensation totalling $99. McArter, the injured employee, contends he should have been given an award totalling $441.25.

A consideration of the record discloses no error prejudicial to the movant's substantial rights and the judgment is affirmed.